Jerome William **DEVEREAUX,**
Petitioner–Appellant,

v.

David **MILLS,** Warden, Respondent–Appellee.

No. 07–5208.

United States Court of Appeals,
Sixth Circuit.

Jan. 23, 2009.

BEFORE: NORRIS, BATCHELDER, and ROGERS, Circuit Judges.

## MEMORANDUM OPINION

PER CURIAM.

Tennessee prisoner Jerome Devereaux appeals from the denial of his petition for a writ of habeas corpus based upon ineffective assistance of trial counsel. Petitioner pleaded guilty to attempted rape of his five year-old granddaughter. The prosecution gave him the choice of pleading guilty to either of two crimes, each carrying a different sentence. He contends that trial counsel did not adequately explain the nuances of this choice, leading him to opt for a plea that resulted in a longer period of incarceration.

Having had an opportunity to review the record, the briefs of the parties, and to

---

hear argument from counsel, we affirm the denial of the writ. Petitioner has failed to show, as he must, that the state-court decision is "contrary to" clearly established federal law. 28 U.S.C. § 2254(d)(1). Because the district court issued a reasoned decision with which we agree, an opinion on our part would serve no useful purpose.

The judgment is **affirmed** based upon the reasoning found in the district court's memorandum of January 30, 2007, 2007 WL 320963.